## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR LEE GRIGGS, AIS #129969,** : | |
| Plaintiff, : | |
| vs. : | CIVIL ACTION 16-0626-JB-MU |
| **JEFFERSON DUNN**, *et al.*, : | |
| Defendants. : | |

## ORDER

On January 5, 2018, the Court entered an Order staying any and all discovery until all Defendants had been served (Doc. 44, PageID.332).  A review of this action indicates that, but for two Defendants, all Defendants have been served and have filed an Answer and Special Report.[1]  Accordingly, the Court hereby **ORDERS** that the stay be **LIFTED** so this action can proceed with the normal course of discovery.

**DONE** and **ORDERED** this 6th day of November, 2019.

/s/ P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court observes that the two unserved Defendants in this action have appeared in other actions filed by other plaintiffs who have asserted substantially similar claims arising out of the same occurrence.