# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ARTHUR LEE GRIGGS,** <br> **AIS 129969** <br><br> Plaintiff, <br><br> VS. <br><br> **JEFFERSON DUNN,** *et al.,* <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> *   **CIVIL ACTION 16-0626-JB-MU** <br> * <br> * <br> * <br> * |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE WARDEN OF HOLMAN CORRECTIONAL FACILITY, HOLMAN 3700, ATMORE, AL 36503-3700, AND TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL OR HIS AUTHORIZED REPRESENTATIVE

We command you, that you have the body of **ARTHUR LEE GRIGGS, #129969**, a prisoner at Holman Correctional Facility in non-federal custody, and that it is desired by this Court that **ARTHUR LEE GRIGGS** be removed to Mobile, Alabama, in order that **ARTHUR LEE GRIGGS** may appear before the United States District Court for the Southern District of Alabama, in the City of Mobile, for the purpose of having to appear for a Settlement Conference on **TUESDAY, FEBRUARY 11, 2020 at 1:30 p.m.** in Courtroom 5A, 155 St. Joseph Street, Mobile, Alabama 36602, and thereafter, that you return the said **ARTHUR LEE GRIGGS** to the said non-federal custody under safe and secure conduct.

You are further commanded to execute this writ without unnecessary delay and

to make your return to this court as soon as said writ is executed, stating the date and manner of its execution.

WITNESS, the Honorable P. Bradley Murray, Magistrate Judge of the United States District Court for the Southern District of Alabama, on this **13th day of January, 2020**.

s/P. Bradley Murray
UNITED STATES MAGISTRATE JUDGE


ATTEST:
CHARLES R. DIARD, JR., CLERK
United States District Court
Southern District of Alabama


BY:   s/Nicole Hawkins
        DEPUTY CLERK